**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

SAMUEL COHN,

                             Plaintiff,

           - v -                                 1:25-CV-1723
                                                (MAD/DJS)

JOHN DOE 1-10, *et al.*,

                          Defendants.

**APPEARANCES:**                       **OF COUNSEL:**

SAMUEL COHN
Plaintiff, *Pro Se*
768008
Suffolk County Correctional Facility
100 Center Dr
Riverhead, New York 11901

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

On December 19, 2025, this Court issued an Order advising Plaintiff of his obligation to amend his Complaint to name a Defendant upon whom service could be directed. Dkt. No. 10. That Order was returned as undeliverable with the notation that Plaintiff had been discharged from the Suffolk County Correctional Facility. *See* Dkt. No. 11.

In this District, all litigants have an ongoing obligation to keep their address information updated with both the Court and adversaries. L.R. 10.1(c)(2) ("**All attorneys of record and *pro se* litigants must immediately notify the Court of any change of**

**address**.") (emphasis in original).  A party's failure to provide such information is grounds for dismissal.  N.D.N.Y.L.R. 41.2(b).  Plaintiff is directed to provide an updated address on or before March 31, 2026.  **Plaintiff is advised that his failure to provide the Court with an updated address may result in sanctions including dismissal of his action**.

       **IT IS SO ORDERED**.

Date:  March 6, 2026
       Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

2